UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal Number: |
| | : |
| | : **VIOLATIONS** |
| v. | : |
| | : 18 U.S.C. §641 |
| EMILIO ESTRADA, | : (Theft of Government Money) |
| | : |
| Defendant. | : |
| | : |

## INFORMATION

The United States Attorney charges:

## INTRODUCTION

At all times relevant to this Information:

1. Since September 1996, and at all times relevant herein, EMILIO ESTRADA, was employed at the Federal Aviation Administration (FAA), 800 Independence Avenue, SW, Washington, D.C., as a Flight Safety Inspector.

2. The FAA is an agency of the U.S. Department of Transportation. It's mission is to regulate and oversee all aspects of civil aviation.

3. Beginning on or about during 2000 through on or about during July 2006, EMILIO ESTRADA requested military leave from the FAA and used military leave on approximately 19 different occasions.

4. Prior to 1991, EMILIO ESTRADA had been a member of the D.C. Air National Guard Bureau (DCANG) but he separated from the DCANG on December 8, 1991. At the time of his military separation he was a Technical Sergeant.

5. EMILIO ESTRADA was not a member of the military at any time relevant herein.

6. Every time EMILIO ESTRADA requested and used military leave, he signed and submitted three fraudulent forms; Military Orders; a Request and Authorization for TDY [temporary duty] Travel For DOD [Department of Defense] Personnel; and a Time Attendance Sheet.

7. The cost to the FAA of the military leave wrongly claimed by EMILIO ESTRADA was approximately $24,432.28.

## COUNT ONE

Between on or about during 2000 and continuing until on or about during July 2006, in the District of Columbia and elsewhere, the defendant, EMILIO ESTRADA, did wilfully and knowingly embezzle and convert to his own use money, property of the United States of America of the approximate value of $24,432.28, which said property had come into the possession and under the care of EMILIO ESTRADA by virtue of his employment as a flight safety inspector, Federal Aviation Administration, U.S. Department of Transportation.

**(in violation of Title 18, United States Code, Section 641, Theft of Government Money).**

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia
D.C. Bar No. 498610

By:  /s/
SHERRI L. SCHORNSTEIN
Assistant U.S. Attorney
D.C. Bar# 415219
555 4th Street, NW
Washington, D.C. 20530
(202) 514-6956