UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case Number: 1:07-CR-357 |
| v. | : | **Violations** |
| EMILIO ESTRADA | : | 18 U.S.C. §641 (Theft of Government Money) |
| Defendant | : | |

**P R A E C I P E**

MADAM CLERK:

Kindly enter the appearance of Steven B. Vinick and the law firm of Joseph, Greenwald & Laake, P.A. as counsel for the Defendant in the above-entitled matter.

Respectfully submitted,

JOSEPH, GREENWALD AND LAAKE, P.A.

By: _____/s/_____
Steven B. Vinick, DC Bar No. 439359
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301/220-2200
*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8th, 2008, a copy of the foregoing was electronically mailed to Sherri L. Schornstein, Assistant U.S. Attorney, 555 4th Street, NW, Washington, DC 20530.

_____/s/_____
Steven B. Vinick