UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case Number: 1:07-CR-357 |
| v. | : | <u>Violations</u> |
| EMILIO ESTRADA | : | 18 U.S.C. §641<br>(Theft of Government Money) |
| **Defendant** | : | |

## CONSENT MOTION TO CONTINUE THE PLEA HEARING

COMES NOW, the Defendant, by and through his attorney, and pursuant to LCrR 57.2, files the following Consent Motion to Continue the Plea Hearing in this case, and in support thereof states the following:

1. A hearing in which the Defendant will enter his plea has been scheduled for January 18, 2008 at 2:30 p.m.

2. Undersigned counsel for the Defendant will be out of town on that date. Undersigned counsel will be at the annual Board of Directors meeting for his law firm, Joseph, Greenwald, & Laake, P.A.  This meeting has been planned months in advance and takes place in Cambridge, Maryland.  It is a two (2) day meeting, beginning at 9:00 a.m. on January 17, 2008 and concluding at 7:00 p.m. on January 18, 2008.  Attendance is mandatory, and it is critical that undersigned counsel attend and participate in the meeting.  Decisions are made during this meeting which will affect undersigned counsel, as well as his law firm.

3. Undersigned counsel has contacted Sherri L. Schornstein, the Assistant United States Attorney who is handling this matter.  She consents to a continuance of this hearing.

4. The parties are available to participate in the plea hearing on January 24, 2008. If this date is acceptable, the parties ask the Court to schedule the hearing for that date.  If this

date is not available, undersigned counsel asks this Court to contact the parties so that the hearing can be scheduled on another date that is available for all parties involved.

6.      No prejudice will result to any of the parties from the Court's granting this Consent Motion.

WHEREFORE, the above premises considered, the Defendant respectfully requests that this Honorable Court grant his Consent Motion to Continue the Plea Hearing in this matter.

>Respectfully submitted,
>
>JOSEPH, GREENWALD AND LAAKE, P.A.
>
>By: _____/s/_____
>Steven B. Vinick, DC Bar No. 439359
>6404 Ivy Lane, Suite 400
>Greenbelt, Maryland 20770
>301/220-2200
>*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8th, 2008, a copy of the foregoing was electronically mailed to Sherri L. Schornstein, Assistant U.S. Attorney, 555 4th Street, NW, Washington, DC 20530.

>_____/s/_____
>Steven B. Vinick

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number: 1:07-CR-357 |
| **v.** | : | **Violations** |
| **EMILIO ESTRADA** | : | 18 U.S.C. §641 |
| | | (Theft of Government Money) |
| **Defendant** | : | |

**ORDER**

Upon consideration of the Defendant's Consent Motion to Continue the Plea Hearing, good cause having been shown, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

*ORDERED*, that the Defendant's Consent Motion to Continue the Plea Hearing be and hereby is **GRANTED**; and it is further

*ORDERED*, that the Plea Hearing in this matter be and hereby **is scheduled for January 24, 2008**.

_____
Judge, United States District Court
for the District of Columbia

COPIES TO:

Steven B. Vinick
6404 Ivy Lane
Suite 400
Greenbelt, Maryland 20770

Sherri L. Schornstein
555 4th Street, NW
Washington, DC 20530