AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

JAN 29 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

DISTRICT OF __Columbia__

UNITED STATES OF AMERICA

V.

__Emilio Estrada__

**WAIVER OF INDICTMENT**

CASE NUMBER __07-357__

I, __Emilio Estrada__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __January 29, 2008__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

__[signature]__
Defendant

__Steven B. Vinick__
Counsel for Defendant

Before __[signature]__