FILED
JAN 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal Number: 07-357 |
| v. | : |
| EMILIO ESTRADA, | : Plea Proceedings: January 29, 2008 |
| Defendant. | : |

## STATEMENT OF OFFENSE

Had this case proceeded to trial, the United States would have established the following facts beyond a reasonable doubt:

The FAA is an agency of the U.S. Department of Transportation. It's mission is to regulate and oversee all aspects of civil aviation. Since September 1996, and at all times relevant herein, Emilio Estrada, was employed at the Federal Aviation Administration (FAA), 800 Independence Avenue, SW, Washington, D.C., as a Flight Safety Inspector. Beginning in 2000 and continuing until approximately July 2006, Emilio Estrada requested military leave from the FAA and was approved for and used military leave on approximately 19 different occasions.

Prior to 1991, Emilio Estrada had been a member of the D.C. Air National Guard Bureau (DCANG) but he separated from the DCANG on December 8, 1991. At the time of his military separation he was a Technical Sergeant. Emilio Estrada was not a member of the military at any time relevant herein.

Every time Emilio Estrada requested and used military leave, he signed and submitted three fraudulent forms; Military Orders; a Request and Authorization for TDY [temporary duty] Travel For DOD [Department of Defense] Personnel; and a Time Attendance Sheet. The cost to the FAA of the military leave wrongly claimed by Emilio Estrada was approximately $24,432.28.

Beginning during 2000 and continuing until July 2006, in the District of Columbia and elsewhere, Emilio Estrada, wilfully and knowingly embezzled and converted to his own use $24,432.28, which was the property of the United States of America, which came into Emilio Estrada's possession by virtue of his employment as a flight safety inspector, Federal Aviation Administration, U.S. Department of Transportation.

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia
D.C. Bar No. 498610

By: _____
SHERRI L. SCHORNSTEIN
Assistant U.S. Attorney
D.C. Bar# 415219
555 4th Street, NW
Washington, D.C. 20530
(202) 514-6956

I declare under penalty of perjury that the foregoing is a true and accurate statement of facts and accurately sets forth a portion of my conduct in connection with this case.

_____
Emilio Estrada,
Defendant