IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
vs.                               :   **Criminal Number: 1:07-CR-357**
                                  :
EMILIO ESTRADA                    :
                                  :
            Defendant.            :

---

## DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

COMES NOW, the Defendant, Emilio Estrada, by and through his attorneys, Steven B. Vinick and the law firm of Joseph, Greenwald & Laake, P.A., and submits the following Memorandum In Aid of Sentencing, and states the following:

**I.  INTRODUCTION**

Defendant is scheduled to be sentenced by this Court on April 25, 2008 at 11:00 a.m. as a result of entering a guilty plea to theft of $24,432.28 of Government funds. The theft occurred in the form of fraudulent requests for military leave, which were approved by the Defendant's then-employer, the Federal Aviation Administration. Defendant was employed as a Flight Safety Inspector. Of note, the Defendant paid the restitution in full several months ago *in advance of his plea.*

**II.  BIOGRAPHICAL BACKGROUND**

Defendant was born in New York City on September 21, 1961. He attended Aviation High School, a vocational technical school, in Long Island City, Queens, New York. In June 1979, he received certificates as an approved Power Plant Maintenance Technician as well as an approved FAA Mechanic and Airframe Power Plant Mechanic.

Shortly after graduation, the Defendant enlisted in the United States Air Force. He

remained in the Air Force as a jet engine mechanic for two years and then received an honorable/hardship discharge due to his mother's illness. In 1981, the Defendant married his wife, Carmen (Milagros Ramirez), who was a procurement specialist for the Air Force. Defendant held several jobs over the following years. He was a mechanic at Surveyor at JFK Airport in New York, and then moved to San Bernadino, California after Carmen was assigned to Norton Air Force Base.

Defendant worked temporary jobs as a jet engine mechanic until the industry began to decline in or around 1982. At that time, Defendant was employed at Circle K as a Night Manager, where he worked for a year. In 1983, Defendant played minor league AAA basement for the Omaha Royals. After pitching for that organization for two years, he returned to the D.C. area in 1985 when his wife was assigned to Andrews Air Force Base. Defendant worked for Office Movers on and off for approximately one year, and then joined the Air National Guard in 1986. He was assigned to Andrews Air Force Base as a jet engine mechanic where he remained until 1991.

In 1991, Defendant worked on a classified program at Andrews Air Force Base. He was a Flight Technician on a large counter-terrorism project. He remained in that position until 1996, when he was hired by the Federal Aviation Administration as an Aviation Safety Inspector. During his tenure with the FAA, the Defendant received four superior sustainment awards from the FAA, one from the Army, and one from the Navy. Until quite recently, and through the time of this offense, Defendant remained employed by the FAA.

The Defendant has one child – a daughter, Sasha, who is 21 years old and is expected to graduate from Bowie State University in May 2008. Defendant hopes to be able to attend her commencement ceremony. Sasha currently resides with the Defendant in Clinton,

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

Maryland. Carmen is now retired from the Air Force and works as a consultant for Optimization Consulting, Inc., a minority and disadvantaged-owned small business.

Defendant has no prior criminal record and no record of substance abuse.

### III.  MITIGATING SENTENCING FACTORS

Defendant's entanglement in this offense stems from his deteriorating medical condition and his election not to receive charity from his colleagues. For some time, Defendant was misdiagnosed as having Type II diabetes when, in fact, he has Type I diabetes for which he must inject himself with insulin twice per day. His condition has gotten progressively worse over the twenty years that he has struggled with it, and the misdiagnosis resulted in his taking worthless pills as opposed to receiving the necessary insulin injections. *See* Exhibit 1 (Chronological Record of Medical Care).

Defendant's diabetes has led to a host of ailments. Defendant has had laser surgery in both eyes to prevent retinopathy and his vision continues to deteriorate and is very poor. He has high blood pressure for which he takes Micardis once per day, and has high cholesterol for which he takes Vitoran once per day. Defendant also takes Cymbalta for depression approximately twice per day. In 2000, when Defendant took the military leave at issue, he describes his diabetes as "so out of control." He could not function at work and so advised his supervisors. He used up all of his annual leave during that time.

In April 2001, Defendant suffered a crushing blow when he was involved in a motorcycle accident that resulted in his left leg being amputated above the knee. He continued to struggle at work and endured eight corrective surgeries on his leg. His health care was mismanaged, and Defendant ended up prosecuting a successful medical malpractice action. His treating physician, Dr. Timothy Cragun, writes that "[h]is amputation has caused

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

301) 220-2200 • Fax 220-1214

him great pain and has altered his ability to work." *See* Exhibit 2 (Letter from Dr. Cragun).

Defendant's physicians told him that he could not work for at least two years. But the Defendant knew that he could not be off of work for that length of time, particularly since he had recently been assigned an important cargo plane crash investigation program. His fellow employees offered to donate over 400 hours of leave, but out of pride, he declined to take it. In September 2001, Defendant told his supervisor that he had to resign because the pain he was experiencing each day from his leg was simply too much. His supervisor talked him out of resigning, however, and worked out a telecommuting agreement with the Defendant.

For about a year, the Defendant telecommuted, working from home two days per week, and coming into the office three days per week. His leg pain continued, and became so bad that he could not walk on his prosthetic leg anymore. As a result, in 2002, Defendant went to Walter Reed Army Medical Center and elected to participate in a study on amputees. This was in anticipation of hundreds of military personnel losing limbs in Iraq and Afghanistan. Through his participation in that group, Defendant learned that he had developed a neuroma on his leg, which required an additional surgery to remove it and alleviate the pain that he was continuously experiencing.

Defendant had that surgery on a Friday, and returned to work at the FAA the following Monday. However, he was not in a position to come into work at all and, regrettably, falsified military leave documents to remain employed. It should be noted, however, that while off on military leave, Defendant in fact continued to work from home.

Defendant has made some very valuable contributions to this country's military community. Defendant, who is now a board member of the Amputee Coalition of America (ACA), has lobbied for better prosthetic limbs for our nation's wounded troops. In addition,

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

from 2002 through 2004, Defendant volunteered his time in the evenings at Walter Reed to counsel and assist injured soldiers. To this day, he still spends time at Walter Reed counseling and advising soldiers who have been seriously injured and have lost limbs.

Defendant's sister-in-law, Hipolito Cirino, describes the Defendant as someone who would "give you the shirt off his back" and is "[a]lways doing for others first before [] himself." *See* Exhibit 3 (Letter from Hipolito Cirono). She describes the Defendant taking in his sister-in-law and her two children when she lost her job, and states that the Defendant is "a good man that throughout his 46 years has done good . . . and should have the benefit of the doubt based on his past."

A former FAA co-worker, Derek Morgan, states that the Defendant was "an invaluable professional colleague" as well as a friend. *See* Exhibit 4 (Letter from Derek Morgan). Mr. Morgan further states that the Defendant's character is "steady and proven" and that "[w]hether as a colleague or friend, frankly never have I had the opportunity to work with or befriend anyone like him. I am fortunate to have worked with him, and I am pleased and thankful to call him friend."

IV.   **3553(a) FACTORS**

The Federal Sentencing Guidelines in this case recommend a sentence between zero and six months imprisonment. The guideline range for supervised release is at least two but less than three years. The Defendant respectfully requests that the Court impose a sentence of zero months of incarceration with probation.

With respect to the seriousness of the offense, the Defendant notes that the offense involved the theft of Government funds and not a crime of violence or any offense against a person. Defendant paid back the stolen funds *even before entering his plea in this case.*

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

301) 220-2200 • Fax 220-1214

5

Regarding promotion for the law, the Court need not impose a sentence that promotes the Defendant's respect for the law. In his 46 years, the Defendant has demonstrated that he indeed respects the law. This offense occurred out of desperation and is directly related to the Defendant's poor health. The Defendant accepts full responsibility for his actions, knows that he committed a criminal offense, and is ashamed to have done so.

With respect to deterrence, the Defendant is no longer in a position where he could repeat this offense. His federal employment has ended and he is currently physically unable to work. He has learned from this offense and the impact it had on his family. He has no prior history of offending, and is certainly not going to repeat this behavior again.

There is no need to protect the public from the Defendant as he poses no threat or danger to anyone. To the contrary, he has spent the majority of his life promoting and ensuring public safety by inspecting this nation's commercial airplanes.

There is similarly no need to provide the Defendant with vocational or educational training since he already possesses a highly technical skill, and there is no need for correctional treatment. The Defendant's own conscience has rehabilitated him.

Given the nature and circumstances of the offense and the Defendant's history and character, a sentence consisting solely of a probationary period is most appropriate and will adequately serve the ends of justice.

## V.   CONCLUSION

The foregoing premises considered, the Defendant respectfully requests that this Honorable Court impose a sentence at the bottom of the guidelines that does not include any period of active incarceration.

Joseph
Greenwald
& Laake

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

301) 220-2200 • Fax 220-1214

Respectfully submitted,

JOSEPH, GREENWALD AND LAAKE, P.A.

By: _____
Steven B. Vinick (#439359)
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301/220-2200 (tel.)
301/220-1214 (fax)
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 17, 2008, a copy of the Defendant's Memorandum In Aid of Sentencing was sent via the Court's electronic filing procedures to:

Sherri L. Schornstein, Esq.
Assistant U.S. Attorney
555 4th Street, NW
Washington, DC 20530.

_____
Steven B. Vinick

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

301) 220-2200 • Fax 220-1214

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: ESTRADA, EMILIO
Treatment Facility: 79TH MEDICAL GROUP
Patient Status: Outpatient

Date: 13 Feb 2008 1305 EST
Clinic: FAM PRACTICE MG

Appt Type: ROUT
Provider: CRAGUN, TIMOTHY K

Reason for Appointment: PE for employment
Appointment Comments:
sls

AutoCites Refreshed by ANTONIO, AUDREY M @ 13 Feb 2008 1314 EST

Problems
- BACKGROUND RETINOPATHY, UNSPECIFIED
- DIABETES WITH OPHTHALMIC MANIFESTATIONS, TYPE II OR UNSPECIFIED TYPE, NOT STATED AS UNCONTROLLED
- Leg Amputation
- AMPUTATION NEUROMA
- PHANTOM LIMB SYNDROME
- Monitor nonproliferative diabetic retinopathy
- DIABETES MELLITUS UNDER CONTROL
- PRESYNCOPE SYNDROME
- HYPOGLYCEMIA
- DIABETES MELLITUS DIABETIC PERIPHERAL NEUROPATHY TYPE II
- DIABETES MELLITUS TYPE II
- DIABETIC RETINOPATHY NONPROLIFERATIVE SEVERE
- Monitor severe nonproliferative diabetic retinopathy
- Monitor diabetic retinal edema
- BRONCHITIS
- ESOPHAGEAL REFLUX
- ESSENTIAL HYPERTENSION
- DIABETIC RETINOPATHY
- DIABETES MELLITUS
- Amputation Left Leg Above Knee (___ cm)
- Metabolic Tests Nonspecific Elevation Of Transaminase Levels
- TRAUMATIC AMPUTATION OF ONE LEG AT/ABOVE KNEE COMPLICATED
- visit for: issue repeat prescription
- HYPERTENSION (SYSTEMIC)
- HYPERLIPIDEMIA
- ALLERGIC RHINITIS
- DIABETES MELLITUS WITH COMPLICATION
- DIABETES MELLITUS TYPE I - UNCONTROLLED
- UPPER RESPIRATORY INFECTION
- PANIC DISORDER WITHOUT AGORAPHOBIA
- EPISTAXIS
- visit for: administrative purpose

Active Family History
- Family medical history

Allergies
- OTHER: Unknown (***WRAMC/SPP/APPROVED/CYMBALTA 30MG/02MAY05)
- OTHER: Unknown (***WRAMC/SPP/APPROVED/CYMBALTA 30MG/02MAY05)

Active Medications

EXHIBIT 1

Name: ESTRADA, EMILIO
FMP/SSN: 30/123521681
DOB: 21 Sep 1961
PCat: F43 USAF FAM MBR RET
MC Status: TRICARE PRIME (CHAMPUS)
Insurance: No
Sex: M
Tel H: 301-856-1315
Tel W: 301-856-1315
CS:
SWS:
Sponsor/SSN: ESTRADA, CARMEN M/123521681
Rank: MASTER SERGEANT
Unit: AU2IFSK8 (AR 0000 ANG READIN DU)
Outpt Rec. Rm: MG FAMILY PRACTICE FILE ROOM
PCM: CRAGUN, TIMOTHY K
Tel. PCM: 240-857-4052

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| 13 Feb 2008 1300 | Facility: NNMC Bethesda, MD Clinic: FAM PRACTICE MG  Provider: CRAGUN,TIMOTHY K |

| Active Medications | Status | Sig | Refills Left | Last Filled |
|---|---|---|---|---|
| GABAPENTIN, 300MG, CAPSULE, ORAL | Active | T1 TAB PO BID #60 RF3 | 1 of 3 | 12 Feb 2008 |
| Bacitracin 500U/g, Ointment, Topical | Active | AAA BID UD #2 RF1 | 1 of 1 | 23 Jan 2008 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INH 2 SR IN AA NS QD #2 RF2 | 2 of 2 | 31 Dec 2007 |
| Insulin Regular, Human Recombinant 100U/mL, Solution, Injection | Active | INJECT AS DIRECTED #4 RF5 | 5 of 5 | 31 Dec 2007 |
| Blood Sugar Diagnostic, (Precision Xtra), Strip | Active | USE AS DIRECTED 4 TIMES A DAY #8 RF3 | 3 of 3 | 10 Sep 2007 |
| Glucose Control (Medisense) Solution Diagnostic Test | Active | USE AS DIRECTED #1 RF3 | 3 of 3 | 10 Sep 2007 |
| Lancets (Softclix or Eq.) Device Not Specified Miscellaneous | Active | USE TO TEST BLOOD GLUCOSE UD #4 RF6 | 6 of 6 | 10 Sep 2007 |
| Lancing Device (Softclix) Device Not Specified Miscellaneous | Active | USE AS DIRECTED #1 RF1 | 1 of 1 | 10 Sep 2007 |
| Fluticasone Propionate 0.05%, Spray, Nasal | Active | INHALE 2 SPRAYS IN EACH NOSTRIL BID #1 RF3 | 3 of 3 | 05 Sep 2007 |
| Insulin Glargine, Human Recombinant Analog 100U/mL, Solution, Injection | Active | INJECT UD | 5 of 5 | 05 Sep 2007 |
| Duloxetine Hcl 30mg, Extended release capsule, Oral | Active | T1 CAP PO BID | 3 of 4 | 23 Aug 2007 |
| VALSARTAN, 80MG, TABLET, ORAL | Active | T1 TAB PO QD #90 RF3 | 3 of 3 | 14 Aug 2007 |

Screening Written by ANTONIO, AUDREY M @ 13 Feb 2008 1310 EST

Allergen information verified by ANTONIO, AUDREY M @ 13 Feb 2008 1310 EST
--

Vitals
Vitals Written by ANTONIO, AUDREY M @ 13 Feb 2008 1310 EST
BP: 186/95 Right Arm, Adult Cuff, HR: 88, T: 96.9 °F, HT: 71 in Stated, With Shoes, WT: 220 lbs Upright Scale, Stated, With Shoes, SpO$_2$: 98%, BMI: 30.68, BSA: 2.196 square meters, Tobacco Use: No, Alcohol Use: No, Pain Scale: 7/10 Severe, Pain Scale Comments: L Leg, constant pain

SO Note Written by CRAGUN,TIMOTHY K @ 13 Feb 2008 1348 EST
History of present illness
    The Patient is a 46 year old male.
Pt is a 46 yo male with h/o DM, amputation from motorcycle accident. Here for evaluation to see if he is fit for his work duties. He currently works as a safety inspector for civilian airplaines. He admits to falling frequently at his job (has one prosthetic limb) and also admits to poor vision when looking at the aircraft controls. He also states that he on occasion has episodes of hypoglycemia. His current medicines include:
lantus insulin 60 units at night
regular insulin 25-30 u bid (based on glucoses)
cymbalta 30 mg daily
neurontin 300 mg once daily (rx is for bid)
diovan 80 daily
lisinopril (stopped 2ndary to cough)
vytorin 10/40
He was last seen for his DM in Sep07 by an endocrinologist at WRAMC. His last eye exam was Jan and was noted to have DR--received laser tx for neovascularization. He admits to poor vision. AM sugars are 170-180. No polyuria, No polydypsia. Has occasional episodes of hypoglycemia. Has snacks and his episodes resolve quickly. Has hypoglycemia episodes 1x/week. Has a h/o left amputated leg (AKA) 2ndary to motorcycle accident. Has phantom pain, some help with the neurontin.
Objective
Vitals-noted
gen-nad
skin-scattered pustules on forhead
neck-supple
h-rrr no murmur
l-cta no r/r/w
left leg-prosthetic
right leg-no c/c/e, + monofilament sensation to extremities.

| Name: ESTRADA, EMILIO | | | | |
|---|---|---|---|---|
| | Sex: | M | Sponsor/SSN: | ESTRADA, CARMEN M/123521681 |
| FMP/SSN: 30/123521681 | Tel H: | 301-856-1315 | Rank: | MASTER SERGEANT |
| DOB: 21 Sep 1961 | Tel W: | 301-856-1315 | Unit: | AU2IFSK8  (AR 0000 ANG READIN DU) |
| PCat: F43 USAF FAM MBR RET | CS: | | Outpt Rec. Rm: | MG FAMILY PRACTICE FILE ROOM |
| MC Status: TRICARE PRIME (CHAMPUS) | SWS: | | PCM: | CRAGUN,TIMOTHY K |
| Insurance: No | | | Tel. PCM: | 240-857-4052 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| 07 Sep 2006 1409 | Facility: NNMC Bethesda, MD Clinic: Family Practice MG   Provider: HEIN, AUGUST S |

**2. PRESYNCOPE SYNDROME:** CANNOT RULE OUT CARDIAC CAUSES IN THIS DIABETIC PT WITH NEUROPATHY, WILL SEND FOR TREADMILL OR NON-EXERCISE MYOVIEW.
   Procedure(s):       -Electrocardiogram
**3. HYPOGLYCEMIA:** PT INSTRUCTED TO TAKE GLUCOSE IF SX'S OCCUR AGAIN TO CONFIRM
**4. DIABETES MELLITUS DIABETIC PERIPHERAL NEUROPATHY TYPE II**

Disposition Written by HEIN, AUGUST S @ 11 Sep 2006 2101 EDT
Released w/o Limitations
25 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By HEIN, AUGUST S (Family Physician, MGMC Family Practice, Andrews AFB, MD) @ 11 Sep 2006 2102

---

| Name: ESTRADA, EMILIO | | | |
|---|---|---|---|
| | Sex: M | Sponsor/SSN: | ESTRADA, CARMEN M/123521681 |
| FMP/SSN: 30/123521681 | Tel H: 301-856-1315 | Rank: | MASTER SERGEANT |
| DOB: 21 Sep 1961 | Tel W: 301-856-1315 | Unit: | AU2IFSK8   (AR 0000 ANG READIN DU) |
| PCat: F43 USAF FAM MBR RET | CS: | Outpt Rec. Rm: | MG FAMILY PRACTICE FILE ROOM |
| MC Status: TRICARE PRIME (CHAMPUS) | SWS: | PCM: | CRAGUN,TIMOTHY K |
| Insurance: No | | Tel. PCM: | 240-857-4052 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| 18 Jan 2008 1344 | Facility: NNMC Bethesda, MD Clinic: Endocrine Clinic WR    Provider: VIGERSKY, ROBERT A |

MCHL-ME

18 January 2008

Physician's Statement

Applicant: Estrada, Emilio
Date of birth: 9/21/1961
Social Security number: 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

1. Mr. Emilio Estrada was seen once by me with one of our Medical Interns, Matthew Laquer, M.D., on 10 September 2007. Prior to that he was seen in the Endocrinology Clinic by a diabetes Nurse Practitioner, Irma J. Heltzel, N.P. who is no longer practicing in this area. She had last seen him in June 2004. I have included my note from 10 September 2007 which includes details of the history, and physical examination. In addition, I have reviewed the prior records of Ms. Heltzel and Dr. Mohammed Shakir whom he saw at National Naval Medical Center on one occasion on 4 April 2007.

   Mr. Estrada has had and continues to have poorly controlled Diabetes Mellitus which had been assumed to be Type 2 (adult onset) but based on laboratory studies performed in September 2007 is actually Type 1 since they showed absent C-peptide levels and positive antibodies for GAD (glutamic acid decarboxylase) – both markers for Type 1 Diabetes Mellitus. Mr. Estrada's diabetes control has been poor over the 15 years he has had it as best I can determine. There is a significant component of non-compliance that has contributed to this. This has resulted in the development of several complications including retinopathy which has required treatment with laser, neuropathy and nephropathy. Given the above, his ability to be an aviation safety inspector and flight instructor is severely compromised both by the visual impairments due to hyperglycemia which causes blurry vision and the risk of loss of consciousness that is associated with hypoglycemia should he take too much insulin or skip a meal.
2. All applicable diagnostic laboratory tests are contained in the enclosed notes
3. Diagnoses:
   a. Diabetes Mellitus Type 1
   b. Severe Non-Proliferative Diabetes Retinopathy
   c. Diabetic Neuropathy
   d. Diabetic Nephropathy

---

| Name: ESTRADA, EMILIO | | | | |
|---|---|---|---|---|
| FMP/SSN: 30/123521681 | Sex: M | Sponsor/SSN: | ESTRADA, CARMEN M/123521681 | |
| DOB: 21 Sep 1961 | Tel H: 301-856-1315 | Rank: | MASTER SERGEANT | |
| PCat: F43 USAF FAM MBR RET | Tel W: 301-856-1315 | Unit: | AU2IFSK8    (AR 0000 ANG READIN DU) | |
| MC Status: TRICARE PRIME (CHAMPUS) | CS: | Outpt Rec. Rm: | MG FAMILY PRACTICE FILE ROOM | |
| Insurance: No | SWS: | PCM: | CRAGUN, TIMOTHY K | |
| | | Tel. PCM: | 240-857-4052 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| 18 Jan 2008 1344 | Facility: NNMC Bethesda, MD Clinic: Endocrine Clinic WR   Provider: VIGERSKY, ROBERT A |

   e. S/P Traumatic Left Above Knee Lower Limb Amputation
4. Prognosis: His glucose control is a continuous work-in-progress but the likelihood of improvement given his past history is low. He will almost certainly have progression of his complications which may put him at risk for blindness, renal failure with the need for dialysis or kidney transplant, and amputation of the remaining leg.
5. He should always measure his glucose prior to flying an airplane or driving a car and should not do so if the level is below 100 mg/dl or above 250 mg/dl. These restrictions are lifelong.

Robert A. Vigersky, M.D.
COL MC
Director, Diabetes Institute
Endocrinology Service (7D)
Walter Reed Health Care System
6900 Georgia Ave., NW
Washington, DC 20307
202-782-6750

Note Written by VIGERSKY, ROBERT A @ 18 Jan 2008 1356 EST
**Provider Telecon Note**
Requested by his Attorney, Elliott Andalman, esq. to provide clinical records and a medical report for his cliam for Federal Disability Retirement benefits. TThe patient's authorization is attached.

Signed By VIGERSKY, ROBERT A (Physician/Workstation, NNMC Bethesda, MD) @ 18 Jan 2008 1525

| Name: ESTRADA, EMILIO | | | | |
|---|---|---|---|---|
| FMP/SSN: 30/123521681 | Sex: M | | Sponsor/SSN: | ESTRADA, CARMEN M/123521681 |
| DOB: 21 Sep 1961 | Tel H: | 301-856-1315 | Rank: | MASTER SERGEANT |
| PCat: F43 USAF FAM MBR RET | Tel W: | 301-856-1315 | Unit: | AU2IFSK8   (AR 0000 ANG READIN DU) |
| MC Status: TRICARE PRIME (CHAMPUS) | CS: | | Outpt Rec. Rm: | MG FAMILY PRACTICE FILE ROOM |
| Insurance: No | SWS: | | PCM: | CRAGUN,TIMOTHY K |
| | | | Tel. PCM: | 240-857-4052 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505



**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 79TH MEDICAL GROUP (AFDW)**

8April08

To Whom It May Concern:

Mr. Emilio Estrada has been a patient of mine for the past 2 ½ years. He has an extensive medical history to include a traumatic left above-the-knee amputation from a motorcycle accident, diabetes, diabetic retinopathy, hypertension, hyperlipidemia and neuropathy. He works as an FAA Safety Inspector where he started working in 1996. His amputation occurred in April of 2001. He has been greatly limited in his ability to perform his job duties as an aircraft safety inspector and any other occupation that requires him to stand for a prolonged period of time, to use stairs, climb, walk among other activities. He should be considered for disability.

His amputation has caused him great pain and has altered his ability to work. He suffers from phantom limb pain and neuropathy which cause him daily pain as well as sleep difficulties. He has a prosthetic/orthotic provider for his prosthetic leg. He has moderate-severe stump pain after prolong standing or ambulation. Upon removing his prosthesis, he has significant swelling which prevents him from re-attaching his prosthetic immediately. He suffers also from contra-lateral foot and leg pain for his compensatory walking. He has sought multiple treatments and prosthetic devices to improve his stump pain and has tried many medications to help with his stump pain, phantom limb pain and neuropathic pain. None of these treatments have proven beneficial.

He also has a long-history of diabetes. He currently suffers from diabetic retinopathy which has affected his vision and requires laser treatment from an ophthalmologist. He requires daily insulin injections which can run the risk of hypoglycemic episodes.

Please consider his extensive medical problems as well as his inability to walk, climb or stand secondary to his amputation when considering him a candidate for permanent disability.

Please contact me if you have any questions at 240-857-3956.

Respectfully,

TIMOTHY CRAGUN, Maj, USAF, MC
Family Practice Physician
Andrews AFB, Maryland

*The Face of Air Force Medicine*

EXHIBIT 2

April 3, 2008

Hipolito & Awilda Cirino
2641 Banner Stone Court
Holiday, Fl 34691


Joseph Greenwald & Laake
6404 Ivy Lane
Greenbelt, MD 20770

To whom it may concern:

I am very pleased to write a character reference letter for my brother in law, Emilio Estrada. I have known Emilio for over 33 years, the same number of years I have been married with his older sister Awilda. In all those years the one thing I can say with pride is that I felt Emilio was just like the younger brother I never had. (I grew up with three sisters). In addition to raising a family and being a good husband, brother, son and friend, Emilio always finds time to get involved with others. When his wife's sister lost her job and could not afford her own residence, Emilio took her into his home with her two children for over a year. Emilio is the kind of guy who would give you the shirt off his back if you asked him. Always doing for others first before first himself. I could go on and give you a whole listing of good deeds, but I don't want to sound contribed.

All I want you to know is that Emilio is a good man. I don't know what problem Emilio is in right now, not because he didn't want too tell me, but I don't find it necessary to ask. This is a good man that throughout his 46 years has done good, and if he made a mistake (and who hasn't) then he should have the benefit of the doubt based on his past, and be given a clean slate.

Sincerely,


Hipolito Cirino

EXHIBIT 3

Derek Morgan
4701 East English Street
Wichita, Kansas 67218
April 3, 2008


Steven Vinick
Joseph Greenwald and Laake
6404 Ivy Lane
Greenbelt, Maryland 20770


Dear Mr. Vinick:

Please accept, in good confidence, the following dialogue regarding the character of Mr. Emilio Estrada of 9100 Banleigh Lane, Clinton, Maryland.

I am employed by the Federal Aviation Administration as a Program Manger and Flight Test Engineer for the Military Certification Office (MCO) in Wichita, Kansas, where I've worked since the office opened in January 2005. Prior to that, I began my FAA career at the Wichita Aircraft Certification Office as a Flight Test Engineer in August 1997.

I came to know Mr. Estrada soon after the MCO opened. Our office desperately required subject matter expertise in FAA Flight Standards Service policy and regulations to meet the needs of our military customers in maintenance support of their military commercial derivative aircraft. Mr. Estrada made a professional, lasting first impression and quickly became our reliable primary point of contact in matters requiring maintenance expertise.

In the time frame of April 2005 to about November 2007, I served as the MCO program manager assigned to provide technical support to the U.S. Army in their acquisition of more than 300 new commercial off-the-shelf helicopters. This program involved a complex, unprecedented means to leverage private contractor logistics support to maintain the new fleet of helicopters in accordance with FAA continued airworthiness standards. Suffice it to say that without Mr. Estrada's diligent, professional, accurate support during this program, it would not have resulted in the timely, efficient success that it was.

It was during this program that I came to not only know Mr. Estrada as an invaluable professional colleague, but I also came to know him as a friend, to whom I affectionately coined the name "Tuco" because his scruffy face and sometimes raspy voice reminded me of the character from the film "The Good, the Bad, and the Ugly." The many days we worked together supporting the Army in Alabama gave us ample opportunity know one another.

Emilio once invited me to his home in Clinton while driving me back to my hotel in the D.C. area following a meeting with the Navy. It was there that I met his wife, Carmen, with whom I'd only previously chatted on the phone trying to reach Emilio. Seeing Emilio's home, and his "cave" – that place where a man goes to be free from life's


EXHIBIT
4

distractions, served to complete my perception of this man whose unending stories he shared over dinner after dinner and lunch after lunch painted the picture of a guy who had truly "been there and done that." Carmen, the collections, the photographs, the paraphernalia, and the Corvette all completed the picture for me. Emilio had been there. He had done that. And Carmen had put up with it all. But it was really no surprise, because I already knew his character. A loyalist and gentleman – he would give me not the sweaty shirt off his back if he thought I needed it. He'd give me the clean one he always carries in his bag.

There's no question that the support Emilio provided to the MCO was instrumental in our success with the Army's Light Utility Helicopter program. Many within the FAA agree that the LUH program is a model for how both the Aircraft Certification Service and the Flight Standards Service should execute such commercial derivative aircraft programs. For a time, we in the MCO believed that maybe Emilio should work as a direct MCO employee, but I realized that much of his influence would be negated outside the presence and direct organizational lineage of his division manager in AFS-300, for whom Mr. Estrada spoke on many occasions and in sometimes tenuous settings. That clout and authority, along with his background and experience, slowly led to a shift in long-standing paradigms within his own organization and ultimately resulted in new FAA services written into the agreement, which established the MCO, between the FAA and Armed Services. I know without doubt the Air Force is extremely appreciative of this important step forward in their partnership with the FAA and recognize Emilio as the primary agent in making it happen.

As I recently spoke with my Air Force colleague during a visit to Wright-Patterson Air Force Base, we both had occasion to make reference to past work efforts and how we sorely miss Emilio's presence as we march into new challenges.

Shortly after I received word that Emilio would be leaving the FAA, and scared that our mutual program may suffer without him, I expressed to another Air Force colleague that it may not hurt to ask Emilio if he'd be interested in consulting for the Air Force. Sure, the thought crossed my mind that this could be a good business opportunity for my friend, but selfishly, I was more interested in losing advantage of having an invaluable asset at my side for what would be very complex challenges that lay ahead. Another person was assigned to fill Emilio's role. Alas it is not the same.

Mr. Estrada's character is steady and proven. Whether as a colleague or friend, frankly never have I had the opportunity to work with or befriend anyone like him. I am fortunate to have worked with him, and I am both pleased and thankful to call him friend.

Sincerely,

Derek Morgan