HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 25 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA : Docket No.: 07-357-01

vs. : SSN: N/A

ESTRADA, Emilio : Disclosure Date: March 21, 2008

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                            **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          [signature] 4/3/08
**Defendant       Date**                      **Defense Counsel       Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **April 4, 2008**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Gennine A. Hagar, Chief
United States Probation Officer

Receipt and Acknowledgment                                         Page 2

Page 1: Def's. initial app.
was not 6/8/07 —
rather, it was 7/25/07

Def. was not released
on 50K bond — he was
released on own recog.

Signed by: _SBV/ _____
(Defendant/Defense Attorney/AUSA)
Date: 4/3/08